1999 ME 55

**Evelyn SMITH et al.**

v.

**TOWN OF JONESBORO.**

Supreme Judicial Court of Maine.

Argued Dec. 1, 1998.

Decided April 13, 1999.

William B. Devoe (orally), Eaton, Peabody, Bradford & Veague, P.A., Banghor, for plaintiffs.

Brett D. Baber (orally), Rudman & Winchell, LLC, Bangor, for defendant.

Before WATHEN, C.J., and CLIFFORD, DANA, SAUFLEY, ALEXANDER, and CALKINS, JJ.

PER CURIAM.

Evelyn Smith appeals from a judgment entered in the Superior Court (Washington County, *Marden, J.*) granting the Town of Jonesboro's motion for a judgment as a matter of law because the Smiths failed to present expert testimony on whether the Town's volunteer fire department breached its duty of care when attempting to suppress a fire in the Smiths' house and whether that breach proximately caused the destruction of the Smiths' house. Because the Court is evenly divided, we affirm the judgment.

The entry is:

Judgment affirmed.